371 A.2d 522

Souder, Appellant, v. Gutshall et al.

Argued September 21, 1976. E. Robert Elicker, II, with him Richard C. Snelbaker, for appellant; John M. Eakin, for appellees.

Order affirmed.

371 A.2d 523

Tarboro v. Reading Company, Appellant, et al.

 Argued September 17, 1976. Joseph F. Van Horn, Jr., with him William J. McKinley, Jr., for appellant; Avram G. Adler, with him Stanley P. Kops, for appellees.

Judgment affirmed.